UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR00723 CDP (AGF) |
| ) | |
| SCOTT ANTHONY DWIGGINS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on the motion of the government [Doc. #14] to amend the indictment. Defendant has no objection. Accordingly, for good cause shown, the government's motion to amend the indictment is **Granted**. The Clerk of Court is directed to amend the case caption and the docket sheet to reflect Defendant's name as Scott Anthony Dwiggins.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated May 5, 2009.